Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

ROY THOMAS MCLERAN
MARY JO MCLERAN

CASE NO: 14-70026-HDH-13
HEARING DATE:  4/16/2014
HEARING TIME:   10:30 AM

**TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Delay prejudicial to creditors for failure to provide;

Mandatory Wage Withholding Directive.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

                                                                   Respectfully submitted,

                                                                   /s/ Walter O'Cheskey
                                                                   _____

                                                                   Walter O'Cheskey
                                                                   Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 4/16/2014 AT 10:30 AM AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

ROY THOMAS MCLERAN & MARY JO MCLERAN 2 CORTEZ CT  WICHITA FALLS TX 76306

GE CAPITAL RETAIL BANK C/O RECOVERY MGM SYS CORP 25 SE 2ND AVENUE  SUITE 1120 MIAMI FL 33131

BARRETTN DAFFIN FRAPPIER TURNER & ENGEL 15000 SURVEYOR BOULEVARD SUITE 100  ADDISON TX 75001

Date:   2/26/2014                                                                      /s/ Walter O'Cheskey
                                                                                                   _____
                                                                                                   Walter O'Cheskey
                                                                                                   Chapter 13 Trustee