Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

ROY THOMAS MCLERAN & MARY JO MCLERAN

CASE NO. 14-70026-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 4792 | SS#2:  xxx-xx- 3163 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  2/28/2014    Orig. Time:  11:00 AM         Reset Date:            Reset Time:

  B. Meeting Results:     Adjourned

  C. Debtor(s):  Debtor 1 Appeared         Debtor 2 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:   None

  F. Amount Paid to the Trustee as of        2/28/2014    $556.00       First Payment Due Date:        3/2/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:     B22C Form is:     Complete

    Budgeted Income:   $4,834.62    Expense:    $4,278.62    Surplus:    $556.00

    Plan Payment:   $556.00  Monthly                          Plan Term(Months):    60

  I. Value of Non-Exempt Property:       $0.00   Proposed Amount to Unsecured Creditors:      $0.00

    Objection to Exemption of:

    ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   00-70018-7

    ___ Object to Invoke Stay Pleading

    ___ Case Converted from Chapter 7, Bar Date Set:    5/29/2014   Date Converted from Chapter 7:

  J. Required Information:    WW Directive

  K. Business Information:

  L. Object to Confirmation:     Yes

    Tax return affidavit does not indicate status of last 4 tax years

  M. Financial Management Class:   Debtor 1 Appeared        Debtor 2 Appeared

  N. Eligibility:

    Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

    Credit Counseling Provider Approved:                Yes

    Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):      No

  O. Domestic Support Obligation:       $0.00   Current:           Arrears:        $0.00

    Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:   MTD
       -WW Directive
     Questions
       -Tax return affidavit does not indicate status of last 4 tax years
     Yes

Dated:   2/28/2014                                    /s/ Walter O'Cheskey
                                                       _____
                                                       Standing Bankruptcy Trustee
                                                       By:      Brent Hagan

| Case Number: | 14-70026 | | | | |
|---|---|---|---|---|---|
| Debtor: | McLeran | | | | |
| Attorney: | White | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 2/28/2014 9:07 |

| Domestic Support    Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter amount from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter amount from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| BOA | $12,874.16 | 8.50% | 60 | $264.13 | $15,847.99 |
| Miracle | $9,500.00 | 5.00% | 60 | $179.28 | $10,756.60 |
| City View - $608 not provided for -- TRCC | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,161.00 | | | | $3,161.00 |
|---|---|---|---|---|---|
| Noticing Fees | $134.64 | | | | $134.64 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,161.00 | | | | |
| Less Noticing Fees | $134.64 | | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $42,802.00 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | | | | | $33,207.52 |
|---|---|---|---|---|---|
| Debtor Plan Base (Monthly Payment X Term) | | | | | $33,360.00 |
| Surplus (Debtor Plan Base - Calculated Base) | | | | | $152.48 |

**Comments:**